# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL CLAUER and <br> MAFLORENCE CLAUER <br> <br> vs. <br> <br> HERITAGE LAKES HOMEOWNERS <br> ASSOCIATION, INC., MARK C. DISANTI, <br> STEEPLECHASE PRODUCTIONS, L.L.C., <br> JAD I. ABOUL-JIBIN | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 4:09-cv-560 <br> (Judge Schneider/Judge Mazzant) |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On January 14, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion to Remand (Dkt. #13) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this 2nd day of February, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE